**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re: Peerspace, Inc. Case No.:

Debtor(s) /

**CREDITOR MATRIX COVER SHEET**

I declare that the attached Creditor Mailing Matrix, consisting of 45 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: 08/30/2026

*/s/ Thomas Rupp*
Signature of Debtor's Attorney or Pro Per Debtor

Adam Smith

838 s 1st St.

Milwaukee, WI 28269

AgileBits Inc. dba 1 Password

P.O. Box 7411049

Chicago, IL 60674-1049

Alabama Dept of Revenue

375 South Ripley Street

Montgomery, AL 36104

Alexis Mowatt

2557 Rainmaker Drive

Decatur, GA 30034

Amari Juniper

6000 Merriweather Drive

Columbia, MD 21044

Amundsen Davis, LLC

150 North Michigan Avenue

Suite 3300

Chicago, IL 60601

Andre Verastegui

17056 Ivy Ave

Fontana, CA 92335

Appwell LLC

59 Bay Vista Drive

Mill Valley, CA 94941

Arizona Dept of Revenue

1600 West Monroe Street

Phoeniz, AZ 85007

Arkansas

7th & Wolfe Streets

Little Rock, AR 72201

Ashley Lopez

4750 N Campbell Ave

Tucson , AZ 85718

Attest Technologies, Inc

135 Madison Avenue, 04-101

New York, NY 10016

Audri Harrell

6125 Luther Lane #102

Dallas , TX 75225

Austin Moulder

2613 W Evergreen Ave

Unit 1s

Chicago, IL 60622

Avalara, Inc.

Dept. CH 16781

Palatine, IL 60055-6781

BDO

PO Box 642743

Pittsburgh, PA 15264-2743

Bear AI

527 Midvale Ave

Los Angeles, CA 90024

Benjamin Tucker

21451 Lakefront Drive

Lago Vista, TX 78645

Bits10 Inc.

920 South Spring Street

Springfield, IL 62704

Boldr LLC

19281 Surfwave Drive

Huntington Beach, CA 92648

Box, Inc.

900 Jefferson Ave

Redwood City, CA 94063

Branch Metrics, Inc.

1400 Seaport Blvd

Building B, Floor 2

Redwood City, CA 94063

Breef Inc.

205 Hudson Street

Floor 7

New York City, NY 10013

Brooklyn Photo Studios

369 Park Ave

Brooklyn, NY 11205

Brown & Connery, LLP

360 North Haddon Avenue

Westmont, NJ 08108

Caitlin Robin & Associates, PLLC

115 Broadway

Suite 1505

New York, NY 10006

Caleb & Gladys

56 Bogart Street

Brooklyn, NY 10026

California Department of Tax and Fee Administ

PO BOX 942879

Sacramento, CA 94279

Cannon Law

200 North LaSalle Street

Suite 1550

Chicago, IL 60601

Chrisean Rose Studios

272 Mount Zion Rd

Hapeville, GA 30354

Chubb - Financial Lines

Attn: Chief Underwriting Officer

1133 Avenue of the Americas, 32nd Floor

New York, NY 10036

Chubb Group of Insurance Companies

Attn: Chubb Underwriting Department

202B Hall's Mill Road

Whitehouse Station, NJ 08889

Cision US Inc.

1775 Tysons Blvd

5th Floor

Tysons, VA 22102

City of Denver

201 W. Colfax Ave.

Denver, CO 80202

City of Oakland

250 Frank H Ogawa Plaza

Suite 1320

Oakland, CA 94612

Cloudflare, Inc.

101 Townsend Street

San Francisco, CA 94107

Cloudinary

6201 America Center Drive

Suite #220

San Jose, CA 95002

Colorado Department of Revenue

1351 5th St

Suite 100

Denver, CO 80204

Colorado Department of Revenue

P.O. Box 17087

Denver, CO 80217

Comptroller of Maryland

PO Box 549

Annapolis, MD 21411-0001

Comptroller of Maryland - Revenue Administrat

110 Carroll Street

Annapolis, MD 21411

Connecticut Department of Revenue Services

450 Columbus Blvd

Suite 1

Hartford, CT 06103

CRE8

5850 W 3rd St

Suite #338

Los Angeles, CA 90036

Cube Planning, Inc.

447 Broadway

2nd FL No 108

New York, NY 10013

D.C. Office of Tax and Revenue

1101 4th Street, SW

Suite 270 West

Washington, DC 20024

Dance In Frame Productions

257 Quincy St

Brooklyn , NY 11216

Datadog, Inc.

620 8th Avenue

45th Floor

New York, NY 10018

Def Noodles, LLC

7426 W Sunset Blvd

Los Angeles, CA 90046

DEGREE, INC. dba Lattice

PO Box 892115

1501 North Plano Rd STE 100

Richardson, TX 75081

Delaware Department of State

Division of Corporations

PO BOX 898

Dover, DE 19903

Department of Treasury

Internal Revenue Service

Ogden, UT 84201-0002

Deriyah McKinney

6936 S Eberhart Ave

Chicago, IL 60637

Des Torres & James Pawlowicz

220 S Westmoreland Ave

Los Angeles, CA 90004

Designs by Neesh LLC

375 E 2nd St. #424

Los Angeles, CA 90012

Dext Capital, LLC

4000 Kruse Way Place Build 3

Suite 100

Lake Oswego, OR 97035

Dscout, Inc.

222 N. Lasalle St.

Suite 650

Chicago, IL 60601

Duran Johnson

30 N. Gould

Suite R

Sheridan, NY 82801

Duran Johnson

1317 E 16th Street

Los Angeles, CA 90021

Elictric Pony Studios

13600 Mariana Pointe Drive

Marina del Ray, CA 90292

Engage Event Center

6975 Washington Ave S

Edina, MN 05549

eShares, Inc. dba Carta, Inc.

333 Bush Street

Suite 2300

San Francisco, CA 94104

Expensify, Inc.

401 SW 5th Ave

Portland, OR 97204

Farivar Law Firm

18321 Ventura Blvd

Suite 750

Tarzana, CA 91356

FD Photo Studios

530 E 8th Street

5th Floor

Los Angeles, CA 90014

Federal Insurance Company

Capital Center

251 North Illinois, Suite 1100

Indianapolis, IN 46204-1927

FloQast, Inc.

14721 Califa St

Sherman Oaks, CA 91411

Florida Dept of Revenue

2450 Shumard Oak Blvd

Tallahassee, FL 32311

Florida Dept of Revenue

5050 W Tennessee St

Tallahassee, FL 32399

Forter Inc.

12 E 49th St

New York, NY 10017

Frank, Rimerman + Co. LLP

P.O. Box 29650

Dept. 880667

Phoenix, AZ 85038-9650

Freshworks Inc.

1989, Dept #880636, P.O. Box 29650

Phoenix, AZ 85038-9650

FusionAuth

11080 Circle Point Road

Suite 405

Westminster, CO 80020

Galperin & Hensley LLP

1801 Century Park East

24th Floor

Los Angeles, CA 90067

Gebar Gebremiche

5450 Demarcus Blvd

Dublin , CA 94568

Georgia Department of Revenue

2595 Century Parkway, NE

Atlanta, GA 30345-3173

Georgia Department of Revenue - Taxpayer Serv

PO BOX 105499

Atlanta, GA 30348

GJM Designs Inc.

560 S Main Street

Los Angeles , CA 90014

Gloria Smith

2989 W. Potomac Dr.

Atlanta, GA 30344

Government of the District of Columbia

1101 4th Street SW

Suite W270

Washington, DC 20024

Hub International New England, LLC

222 Milliken Blvd.

Fall River, MA 02721

I Venue LA

250 S Glendale Avenue

Glendale, CA 91205

Idaho State Tax Commission

11321 W Chinden Blvd

Boise, ID 83714-1021

IFB Content Inc.

432 W. Los Feliz Rd.

PH 515

Glendale, CA 91602

Illinois Department of Revenue

Willard Ice Building

101 West Jefferson Street

Springfield, IL 62702

Illinois Department of Revenue

PO Box 19006

Springfield, IL 62794

Indiana Department of Revenue

100 N Senate Ave

Room N105

Indianapolis, IN 46204

Instantly

30 N Gould Street

Suite R

Sheridan, WY 82801

Intercom, Inc

55 2nd St

4th Fl

San Francisco, CA 94105

IntouchCX Disrupt, Inc.

7500 Rialto Boulevard

Building 1, Suite 250

Austin, TX 78735

Jack Schroeder

1919 Bay Street

Los Angeles, CA 90021

JAMF Software, LLC

PO BOX 74007550

Chicago, IL 60674-7550

Jean S. Sauvaire

12 Jefferson Street

Brooklyn, NY 11206

John Yoon

3714 Arapaho Rd

Dallas, TX 75001

Joseph Sides

3772 S Lancewood Place

Delray Beach, FL 33445

JPMorgan Chase & Co.

Attn: General Counsel

270 Park Avenue

New York, NY 10017

Judeson Orvil

1850 Cutters Mill Way

Lithonia , GA 30058

KDG Investments

7657 South Ridgeland Ave

Chicago , IL 60649

Laura Guglielmelli

889 Broadway

Apartment 4F

Brooklyn, NY 11206

Law Offices Of Rebecca E. Schubert

P.O. Box 258829

Oklahoma City, OK 73125

Le Luxe Loft

620 Glen Iris Dr.

Suite #111

Atlanta, GA 30308

Lever, Inc.

DEPT 0569

PO Box 120569

Dallas, TX 75312-0569

Lindsay & Dominic Piperno

701 Clinton Avenue

Haddonfield, NJ 08033

Linkedin Corporation

62228 Collections Center Dr

Chicago, IL 60693

Lisa Higgins

11228 n 23rd place

Pheonix, AZ 85028

Lisbona Sisters

6305 Indian Creek Drive

Miami Beach , FL 33141

Lloyd's America Inc.

Attn: Legal Department

280 Park Avenue East Tower, 25th Floor

New York, NY 10017

Louisiana Department of Revenue

617 North Third Street

Baton Rouge, LA 70802

Lucid Software Inc.

10355 South Jordan Gateway

Suite 300

South Jordan, UT 84095

MaestroQA Inc. DBA Rippit

33 West 17th Street

Floor 4

New York City, NY 10011

Maine Revenue Services

PO Box 1060

Augusta, ME 04332-9107

Margaret Muza

2110 9th Ave

South Milwaukee, WI 53172

Marianna Pristupa

388 Beale Street #1502

San Francisco, CA 94105

Massachusetts Department of Revenue

100 Cambridge St

Boston, MA 02114

Massachusetts DOR

200 Arlington Street

Chelsea, MA 02150

Matt Lien

11635 37th ave N

Plymouth, MN 55441

Meltwater News US Inc

275 Shoreline Drive

Redwood City, CA 94065

Metaplane, Inc.

2093 Philadelphia Pike 5597

Claymont, DE 19703

Michigan Department of Treasury

PO Box 30059

Lansing, MI 48909

Michigan Department of Treasury - Business Ta

P.O. Box 30778

Lansing, MI 48909

Minnesota Department of Revenue

600 N Robert St

St. Paul, MN 55146

Minnesota Department of Revenue

600 N Robert St

St Paul, MN 55146

Missouri Department of Revenue

Harry S Truman State Office Building

301 West High Street

Jefferson City, MO 65101

Mixmax

548 Market St PMB 60764

San Francisco, CA 94104-5401

Moz Holdings Canada Inc

400-720 Robson Street

Vancouver, BC V6Z 1A1,

New Jersey Department of the Treasury Divisio

PO Box 281

Trenton, NJ 08695-0281

New Jersey Division of Taxation

PO BOX 999

Trenton, NJ 08646

New York City Department of Finance

66 John Street

13th Floor

New York, NY 10038

New York City Department of Finance

Correspondence Unit

66 John Street, 13th Floor

New York, NY 10038

New York State Department of Taxation and Fin

1220 Washington Ave

Building 8

Alabany, NY 12227

New York State Department of Taxation and Fin

PO BOX 61000

Albany, NY 12261

NOHO Production Oasis

5236 Cleon Ave

North Hollywood, CA 91601

North Carolina Department of Revenue

PO Box 25000

Raleigh, NC 27640-0640

North Carolina Department of Revenue

PO BOX 25000

Raleigh, NC 27640

Notion Labs, Inc.

685 Market Street

San Francisco, CA 94105

NYC Plugged

1364 E 92 St

Brooklyn, NY 11236

Ohio Departmt of Taxation

4485 Northland Ridge Blvd

Columbus, OH 43229

Okta, Inc.

100 First Street

14th Floor

San Francisco, CA 94105

Olan Law Corporation

212 Marine Street

Suite 100

Santa Monica, CA 90405

Onesignal, Inc.

201 South B Street

Suite 200

San Mateo, CA 94401

OneTrust

505 North Angier Avenue NE Suite 9000

Atlanta, GA 30308

Only Ballons & Backdrops

913 Saddle Club Way

Princeton, TX 75407

Oracle America, Inc.

Bank of America Lockbox Services

15612 Collections Center Drive

Chicago, IL 60693

Oregon Department of Revenue

955 Center St NE

Salem, OR 97301-2555

Orlando Smith

2988 W. Potomac Dr.

Atlanta, GA 30344

O'Connor & Battle, LLP

111 W. Jackson Blvd

Suite 1700

Chicago, IL 60604

Pacific Insurance Company

One Hartford Plaza

Hartford, CT 06155

Paddle.com Inc

3811 Ditmars Blvd

New York, NY 11105

Paula B

5787 S. Hampton Rd

Unit 390

Dallas, TX 75237

PayPal Holdings, Inc.

Attn: General Counsel

2211 N 1st St

San Jose, CA 95131

Pennsylvania Department of Revenue

110 N 8th St

Ste 204A

Philadelphia, PA 19107-2412

Pennsylvania Department of Revenue

Strawberry Square

11th Floor

Harrisburg, PA 17128

Personally LLC, DBA Thred

739 Broadway East

Seattle, WA 98102

Rashad Barber

PO Box 95

New York, NY 10026

Rhode Island

One Capitol Hill

Providence, RI 02908

RichesArt Gallery

3014 w William Cannon Drive

Apt 726

Austin, TX 78745

Rivington Labs Inc dba AirOps

821 Sansome Street

San Francisco, CA 94111

Roberta Faux

710 South Ann St

First Floor

Baltimore, MD 21231

Round Two Agency LLC

2450 Hunter St

UNIT 311

Los Angeles, CA 90021

Royal Time Television

23111 Burbank Blvd

Woodland Hills, CA 91367

Ruth-Destenee Mckenzie-Torres

11100 Riverside Dr

Los Angeles, CA 91602

SADA Systems, LLC

5250 Lankershim Blvd.

Suite 620

North Hollywood, CA 91601

Salesforce, Inc.

415 Mission Street, 3Rd Floor

San Francisco, CA 94105

Self Made Rentals 847 LLC

8063 Cypress Bonsai Drive

Cypress, TX 77433

Sequoia PEO

535 Mission St.

10th Floor

San Francisco, CA 94105

Sidekick Security LLC

10411 Motor City Drive

Bethesda, MD 20817

Silicon Valley Bank

Attn: General Counsel

2625 Augustine Drive, 301

Santa Clara, CA 95054

Simon Data, Inc.

51 E 12th St

Fl 4

New York, NY 10003

Simonet Pereira

3311 Elm St

Apt 203

Callas, TX 75226

Sisense SF, Inc.

1359 Broadway

4th Floor

New York, NY 10018

Soiree at Northlake

11835 Sam Ropper Drive

Charlette, NC 28269

South Carolina Department of Revenue

300A Outlet Pointe Boulevard

Columbia, SC 29210

South Carolina Department of Revenue

300 Outlet Pointe Blvd

Columbia, SC 29210

State of California Franchise Tax Board

3321 Power Inn Road

Suite 250

Sacramento, CA 95826

State of Nevada - Sales/Use Tax

P.O. Box 846189

Los Angeles, CA 90084

Statsig, Inc.

2022 Statsig 3450 Ne Harrison St

Issaquah, WA 98029

Stream.io, Inc.

1215 Spruce St Suite 300

Boulder, CO 80302

Stripe, LLC

Attn: General Counsel

354 Oyster Point Boulevard

South San Francisco, CA 94080

Sunset Estate

11571 Sunset Boulevard

Los Angeles, CA 90049

Switch Growth Inc.

206-233 Portage Ave

Winnipeg, MB R3B 2A7

Techdrop Labs (DE) Inc.

538 Market St

San Francisco, CA 94104

Tenneessee Department of Revenue

500 Deaderick Street

Nashville, TN 37242

Tennessee Department of Revenue

500 Deaderick Street

Nashville, TN 37242

TERN FINANCIAL GROUP, INC.

245 Victoria Avenue, suite 605

Westmount (Québec) Canada, H3Z 2M6

Texas Comptroller of Public Accounts

PO Box 13528

Capitol Station

Austin, TX 78711-3528

Texas Comptroller of Publick Accounts

Fiscal Management

PO BOX 13528, Capitol Station

Austin, TX 78711

The Briars Group

Floor 2, Suite 3, The Outset, Sankey Str

Warrington, Cheshire WA1 1NN

The Cochran Firm - Atlanta

100 Peachtree Street N.W.

Suite 2600

Atlanta, GA 30303

The Finn Law Firm

20 N. Clark Street

Suite 3300

Chicago, IL 60602

The Glam Garage

801 Washington Ave N

Minneapolis, MN 55401

The Hartford

ONE HARTFORD PLAZA

T-4

Hartford, CT 6155

The Luxe Event Space

200 N. Liberty Street

Independence, MO 64050

The Pink Lotus Promotions

15903 Sunburst St

North Hills, CA 91367

The Tan Law Firm

1945 Contra Costa Boulevard #23305

Pleasant Hill , CA 94523

The WonderLoft

75 Stewart Avenue

New York, NY 11237

Thinkst Applied Research (Pty) Ltd.

Unit L6 Howe Street Observatory

Cape Town, South Africa 7925

Tinuiti Inc.

121 S. 13th Street, 3rd Floor

Philadelphia, PA 19107

Tressler LLP

233 S. Wacker Drive

61st Fl.

Chicago, IL 60606

Trove Information Technologies Inc. dba Pave

2261 Market Street

STE 68142

San Francisco, CA 94114

True North Social Inc.

5855 Green Valley Circle

Culver City, CA 90230

Trustpilot Inc.

50 West 23rd Street

Suite 1000

New York, NY 10010

Twilio Inc.

101 Spear Street

Suite 500

San Francisco, CA 94105

Twilio, Inc.

101 Spear Street

Suite 500

San Francisco, CA 94105

Twingate Inc.

541 Jefferson Avenue

Suite 100

Redwood City, CA 94063

Utah State Tax Commission

210 North 1950 West

Salt Lake City, UT 84134

Virginia Department of Taxation

PO BOX 1115

Richmond, VA 23218

Virginia Department of Taxation

PO BOX 26627

Richmond, VA 23261

Washington Department of Revenue

PO BOX 47479

Olympia, WA 98504

Wes Araida

12 Windermere Pkway

Cumming, GA 30041

William Turner

315 NE 3rd Avenue

Unit 2108

Ft Lauderdale, FL 33301

Wisconsin Department of Revenue

PO BOX 8921

Madison, WI 53708

Wiz, Inc.

One Manhattan West

52nd Floor

New York, NY 10001

Yifan Xu

215 W 28th Street

7C

New York, NY 10001

Zen Life Collective

12861 Bubbling Well Rd

Santa Ana, CA 92705

Zheng Wu

545 South Los Angeles #429

Los Angeles, CA 90013

Zoom Video Communications Inc.

55 Almaden Blvd 6th Floor

San Jose, CA 95113